THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br>v.<br><br>OTAK, INC. an Oregon Corporation, THE CITY OF RIDGEFIELD, a municipality and ROGER SINCLAIR, an individual.<br><br>Defendants. | No. 3:23-CV-5125-JHC<br><br>**ORDER GRANTING THE STIPULATED DISMISSAL OF OTAK, INC.; AND**<br><br>**GRANTING THE VOLUNTARY DISMISSAL OF THE CITY OF RIDGEFIELD** |

Based on the foregoing Stipulation, it is hereby ORDERED:

1. Defendant, Otak, Inc. is hereby dismissed without prejudice;

2. Defendant, The City of Ridgefield is hereby dismissed without prejudice and without fees or costs to any party.

3. This dismissal is effectuated without an award of fees or costs to any party.

DONE IN OPEN COURT this 21st day of June, 2023.

*[signature: John H. Chun]*

The Honorable John H. Chun
United States District Judge

ORDER GRANTING DISMISSAL - 1
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Presented By:

2  LETHER LAW GROUP

3  */s/ Thomas Lether*
   Thomas Lether, WSBA #18089
4  */s/ N. Chance Laboda*
   N. Chance Laboda, WSBA # 54273
5  1848 Westlake Ave N., Suite 100
   Seattle, WA 98109
6  P: 206-467-5444 F: 206-467-5544
   tlether@letherlaw.com
7  claboda@letherlaw.com
   *Attorneys for Plaintiff The Phoenix Insurance Company*
8
   BARKER MARTIN, P.S.
9
   *s/ Jim Guse*
10 Jim Guse, WSBA #48876
   1500 SW First Avenue, Suite 980
11 Portland, OR 97201
   P: (503) 796-9806/ F: (503) 796-9807
12 jguse@barkermartin.com
   *Attorney for Defendant Otak, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING DISMISSAL - 2
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

Shaun O. Callahan, WSBA #47997
John Louis Acken, WSBA #48468
GLP Attorneys, P.S., Inc.
7600 NE 41st St. Ste 125
Vancouver, WA 98662
P: (360) 583-3737/ F: (360) 627-4160
scallahan@glpattorneys.com
ackenservice@glpattorneys.com
*Attorneys for Defendant Roger Sinclair*

Jim Guse, WSBA #48876
Barker Martin, P.S.
1500 SW First Avenue, Suite 980
Portland, OR 97201
P: (503) 796-9806/ F: (503) 796-9807
jguse@barkermartin.com
*Attorney for Defendant Otak, Inc.*

**By:**   [ ] **First Class Mail**          [X] **E-Service/Email**          [ ] **Legal Messenger**

DATED this 21st day of June 2023, at Seattle, Washington.

*/s/ Devon Sheehan*
Devon Sheehan| Paralegal

ORDER GRANTING DISMISSAL - 3
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544