THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br>v.<br><br>OTAK, INC. an Oregon Corporation, THE CITY OF RIDGEFIELD, a municipality and ROGER SINCLAIR, an individual.<br><br>Defendants. | No. 3:23-CV-5125-JHC<br><br>**MOTION TO DISMISS ROGER SINCLAIR WITHOUT PREJUDICE**<br><br>**NOTE ON MOTION CALENDAR: JULY 14, 2023** |

Plaintiff The Phoenix Insurance Company submits the following Motion to Dismiss Defendant Roger Sinclair without prejudice.

**MOTION TO DISMISS**

This is a Declaratory Judgment action filed by The Phoenix Insurance Company, (Phoenix), against Otak, Inc., (Otak), The City of Ridgefield, (Ridgefield), and Roger Sinclair, (Sinclair). In this Action, Phoenix was seeking a judicial determination that it no longer owes Otak a duty to defend or indemnify Otak in the underlying lawsuit entitled *Roger Sinclair v. the City of Ridgefield et al.,* Clark County Superior Court Cause No. 22-2-00360-06 (hereinafter the "Underlying Lawsuit"). Since the filing of this action, Phoenix and Otak have reached a settlement agreement. Accordingly, Phoenix and Otak have filed a stipulated dismissal of Otak without

DISMISSAL OF ROGER SINCLAIR - 1
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  prejudice. Dkt. 20. Phoenix has also voluntarily dismissed the City of Ridgefield. *Id.* These
2  dismissals have been granted by the Court. Dkt. 21.

3  Accordingly, the only party remaining as a defendant in this action is Roger Sinclair. Mr.
4  Sinclair is the claimant in the underlying lawsuit. Phoenix attempted to include Mr. Sinclair in the
5  stipulated dismissal, but Mr. Sinclair would not sign the stipulation unless he was dismissed with
6  prejudice. Ex. 1 to Declaration of N. Chance Laboda. It is Phoenix's position that Mr. Sinclair
7  should be dismissed without prejudice as the underlying lawsuit is still ongoing. Accordingly, the
8  claims asserted in the underlying could still change, which in turn may necessitate the re-filing of
9  this action. Otak and Phoenix have protected their rights by entering a dismissal without prejudice.
10 Dkt. 20, Dkt. 21. Because Sinclair is the claimant in the underlying lawsuit, Sinclair is a necessary
11 party to this action and should be dismissed without prejudice.

12 Fed. R. Civ. P. 41(a)(2) states:

> 2) *By Court Order*; Effect. Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

In this case, Sinclair has not asserted any counterclaims against Phoenix. Further, Sinclair cannot advance any argument for why he should be dismissed without prejudice. Accordingly, and pursuant to Fed. R. Civ. P. 41(a)(2), Phoenix requests that Sinclair be dismissed without prejudice and without further recovery of any party.

DATED this 22nd day of June, 2023.

DISMISSAL OF ROGER SINCLAIR - 2
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

*I certify that this memorandum contains 410 words, in compliance with the Local Civil Rules.*

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ N. Chance Laboda*
N. Chance Laboda, WSBA # 54273
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com
claboda@letherlaw.com
*Attorneys for Plaintiff The Phoenix Insurance Company.*

DISMISSAL OF ROGER SINCLAIR - 3
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the party mentioned below as indicated:

Shaun O. Callahan, WSBA #47997
John Louis Acken, WSBA #48468
GLP Attorneys, P.S., Inc.
7600 NE 41st St. Ste 125
Vancouver, WA 98662
P: (360) 583-3737/ F: (360) 627-4160
scallahan@glpattorneys.com
ackenservice@glpattorneys.com
*Attorneys for Defendant Roger Sinclair*

Jim Guse, WSBA #48876
Barker Martin, P.S.
1500 SW First Avenue, Suite 980
Portland, OR 97201
P: (503) 796-9806/ F: (503) 796-9807
jguse@barkermartin.com
*Attorney for Defendant Otak, Inc.*

By:    [ ] First Class Mail         [X] E-Service/Email         [ ] Legal Messenger

DATED this 22nd day of June 2023, at Seattle, Washington.

/s/ Devon Sheehan
Devon Sheehan | Paralegal

DISMISSAL OF ROGER SINCLAIR - 4
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544