THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br>v.<br><br>OTAK, INC. an Oregon Corporation, THE CITY OF RIDGEFIELD, a municipality and ROGER SINCLAIR, an individual.<br><br>Defendants. | No. 3:23-CV-5125-JHC<br><br>**ORDER GRANTING THE DISMISSAL OF ROGER SINCLAIR WITHOUT PREJUDICE** |

Before the court is Plaintiff The Phoenix Insurance Company's (hereinafter "Phoenix") Motion to Dismiss Roger Sinclair Without Prejudice.  Dkt. # 22.  The Court has reviewed all of the briefing and materials submitted by the parties including:

1. Phoenix's Motion to Dismiss Roger Sinclair Without Prejudice;

2. The Declaration of N. Chance Laboda in Support of Phoenix's Motion to Dismiss Roger Sinclair Without Prejudice and the exhibit(s) attached thereto; and

4. Phoenix's Reply In Support of Phoenix's Motion to Dismiss Roger Sinclair Without Prejudice.

Having considered the foregoing, as well as the records and pleadings already on file, it is hereby ORDERED that Phoenix's Motion to Dismiss Roger Sinclair Without Prejudice is

ORDER GRANTING PHOENIX'S MOTION
TO DISMISS ROGER SINCLAIR  - 1
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

1  GRANTED, Defendant Roger Sinclair is dismissed without prejudice, and the dismissal is

2  effectuated without an award of fees or costs to any party.

3

4          DONE IN OPEN COURT this 13th day of July, 2023.

5

6                              _____
                               The Honorable John H. Chun

7

8

9

10

11  Presented By:

12      LETHER LAW GROUP

13      */s/ Thomas Lether*
        Thomas Lether, WSBA #18089
14      */s/ N. Chance Laboda*
        N. Chance Laboda, WSBA # 54273
15      1848 Westlake Ave N., Suite 100
        Seattle, WA 98109
16      P: 206-467-5444 F: 206-467-5544
        tlether@letherlaw.com
17      claboda@letherlaw.com
        *Attorneys for Plaintiff The Phoenix Insurance Company.*

18

19

20

21

22

23

24

ORDER GRANTING PHOENIX'S MOTION
TO DISMISS ROGER SINCLAIR  - 2
CAUSE NO.: 3:23-CV-5125-JHC

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544